# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2012

143994

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEITH ALBERT GRAHAM,
        Defendant-Appellant.

SC: 143994
COA: 297830
Ottawa CC: 09-033860-FC

_____/

        On order of the Court, the application for leave to appeal the October 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

y0319